JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA M.,<br>      Plaintiff<br>    v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>      Defendant. | Case No. 2:22-cv-07039-GJS<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: September 11, 2023

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE